STATE v. TYNDALL

No. 153 PC.

Case below: 18 N.C. App. 669.

Petition for writ of certiorari to North Carolina Court of Appeals denied 2 October 1973.

STATE v. WATSON and CAPERS

No. 74.

Case below: 19 N.C. App. 160.

Petition by defendant Capers for writ of certiorari to North Carolina Court of Appeals denied 2 October 1973. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 2 October 1973.

TOMLINSON v. BREWER

No. 13 PC.

Case below: 18 N.C. App. 696.

Petition for writ of certiorari to North Carolina Court of Appeals denied 2 October 1973.

TROTTER v. HEWITT

No. 28 PC.

Case below: 19 N.C. App. 253.

Petition for writ of certiorari to North Carolina Court of Appeals denied 2 October 1973.

UTILITIES COMM. v. CONSUMERS COUNCIL

No. 19 PC.

Case below: 18 N.C. App. 717.

Petition for writ of certiorari to North Carolina Court of Appeals denied 2 October 1973.